# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2006

131101

MARKHAM GENERAL INSURANCE
COMPANY, Subrogee of ALL MAKES
LOGISTICS, LTD.,
          Plaintiff-Appellant,

v

NATHANIEL MORRIS EVANS,
          Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131101
COA: 257284
Calhoun CC: 04-000681-NO

On order of the Court, the application for leave to appeal the March 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., concur in the denial of leave to appeal except that they would vacate that portion of the Court of Appeals judgment that erroneously equates the plaintiff's voluntary waiver of its policy's property damage coverage deductible with an acknowledgement that the deductible loss paid was "covered by insurance" within the meaning of MCL 500.3135(3)(e).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2006

_____
Clerk

p1107